

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>JENNIFER MARTZ SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED<br>Defendant (Respondent) | CASE and/or Docket No.:<br>2:20-CV-00933-MRH<br>Sheriff's Sale Date: |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, TONYA WEIMER, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TRACY MARTZ AKA TRACY KARNS SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED the above process on 8/10/2020, at 4:39 PM, at 307 VILLAGE GREEN NATRONA HEIGHTS, PA 15065, County of ALLEGHENY, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Individual** - By handing a copy to the Defendant(s)

Description: Approximate Age <u>31-35</u>  Height <u>5ft 4in - 5ft 7in</u>  Weight <u>111 lbs - 130 lbs</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>
Hair <u>Brown</u>

Commonwealth/State of PENNSYLVANIA  ) SS:
County of <u>Allegheny</u>  )

Before me, the undersigned notary public, this day, personally, appeared TONYA WEIMER to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)

Subscribed and sworn to before me
this 13th day of August, 20 20.

Notary Public

File Number: USA-203855
Case ID #: 5881653

Commonwealth of Pennsylvania - Notary Seal
Adriene M. Parsons, Notary Public
Allegheny County
My commission expires June 17, 2022
Commission number 1261350

Member, Pennsylvania Association of Notaries



UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>JENNIFER MARTZ SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED<br>Defendant (Respondent) | CASE and/or Docket No.:<br>2:20-CV-00933-MRH<br>Sheriff's Sale Date: |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS AND COMPLAINT

I, TONYA WEIMER, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JENNIFER MARTZ SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED the above process on 8/10/2020, at 4:33 PM, at 120 VILLAGE GREEN DRIVE, APT 103 NATRONA HEIGHTS, PA 15065, County of ALLEGHENY, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Individual** - By handing a copy to the Defendant(s)

Description: Approximate Age <u>31-35</u>  Height <u>5ft 4in - 5ft 7in</u>  Weight <u>211 lbs - 230 lbs</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>  Hair <u>Brown</u>

Commonwealth/State of PENNSYLVANIA     ) SS:
County of _Allegheny_                                          )

Before me, the undersigned notary public, this day, personally, appeared TONYA WEIMER to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)

Subscribed and sworn to before me this _13th_ day of _August_, 20_20_.

_Adriene M Parsons_
Notary Public

File Number: USA-203855
Case ID #:  5881653

Commonwealth of Pennsylvania - Notary Seal
Adriene M. Parsons, Notary Public
Allegheny County
My commission expires June 17, 2022
Commission number 1261350

Member, Pennsylvania Association of Notaries