

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 2:20-CV-00933-MRH |
| vs. | Sheriff's Sale Date: |
| JENNIFER MARTZ SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED | |
| Defendant (Respondent) | |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS, ORDER AND COMPLAINT

I, TONYA WEIMER, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served UNKNOWN HEIRS OF LARRY E. MARTZ DECEASED the above process on 1/20/2021, at 7:46 PM, at 125 FENSTER LANE PROSPECT, PA 16052, County of BUTLER, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☒ **Posted** - By posting a copy of the original process on the most public part of the property

Commonwealth/State of PENNSYLVANIA    ) SS:
County of Allegheny    )

Before me, the undersigned notary public, this day, personally, appeared TONYA WEIMER to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 27th day of January, 2021.

_____
Notary Public

File Number: USA-203855
Case ID #: 5985446

Commonwealth of Pennsylvania - Notary Seal
Samuel D. Tirone, Notary Public
Allegheny County
My commission expires May 25, 2023
Commission number 1233700
Member, Pennsylvania Association of Notaries



## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 2:20-CV-00933-MRH |
| vs. | Sheriff's Sale Date: |
| JENNIFER MARTZ SOLELY IN HER CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED | |
| Defendant (Respondent) | |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS, ORDER AND COMPLAINT

I, TONYA WEIMER, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TERI MARTZ AKA TERI GRONGO, SOLELY IN CAPACITY AS HEIR OF LARRY E. MARTZ, DECEASED the above process on 1/20/2021, at 7:46 PM, at 125 FENSTER LANE PROSPECT, PA 16052, County of BUTLER, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Posted** - By posting a copy of the original process on the most public part of the property

Commonwealth/State of PENNSYLVANIA ) SS:
County of Allegheny )

Before me, the undersigned notary public, this day, personally, appeared TONYA WEIMER to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)

Subscribed and sworn to before me
this 17th day of January, 20 21.

Notary Public

File Number: USA-203855
Case ID #: 5985446

Commonwealth of Pennsylvania - Notary Seal
Samuel D. Tirone, Notary Public
Allegheny County
My commission expires May 25, 2023
Commission number 1233700
Member, Pennsylvania Association of Notaries

publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_Rebecca L. Yount_
Butler Eagle

Sworn to and subscribed before me this ____24th____

Day of _____January_____ 2021

_Carolyn E. Ortiz_
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
CAROLYN E ORTIZ - Notary Public
Butler County
My Commission Expires Mar 25, 2023
Commission Number 1348650

**Statement of Advertising Costs**

KML Law Group, P.C.

Suite 5000, BNY Independence Center

701 Market Street

Philadelphia, PA 19106

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates _____ $ __328.00__

Probating same _____ $ __3.00__

Total _____ $ __331.00__

**Copy of Notice or Publication**

LEGAL NOTICE
UNITED STATES
DISTRICT COURT
FOR THE WESTERN
DISTRICT OF
PENNSYLVANIA
CIVIL ACTION - LAW
ACTION OF
MORTGAGE
FORECLOSURE
Term No. 2:20-cv-00933-MRH
NOTICE OF ACTION
IN MORTGAGE
FORECLOSURE
The United States
of America
*Plaintiff*
vs.
JENNIFER MARTZ Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TERI MARTZ a/k/a TERI GRONGO Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TRACY MARTZ a/k/a TRACY KARNS Solely in Her Capacity as Heir of Larry E. Martz, Deceased & UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED
*Defendant*
TO JENNIFER MARTZ Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TERI MARTZ a/k/a TERI GRONGO Solely in Her Capacity as Heir of Larry E. Martz, Deceased and UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED, MORTAGOR AND REAL OWNER, DEFENDANT whose last known address is 125 Fenster Lane, Prospect, PA 16052.
THIS FIRM IS A DEBT COLLECTOR AND WE ARE ATTEMPTING TO COLLECT A DEBT OWED TO OUR CLIENT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.
You are hereby notified that Plaintiff The United States of America, has filed a Mortgage Foreclosure Complaint endorsed with a notice to defend against you in the United States District Court for the Middle District of Pennsylvania, docketed to No. 2:20-cv-00933-MRH wherein Plaintiff seeks to foreclose on the mortgage secured on your property

**Publisher's Receipt for Advertising Costs**

The EAGLE PR_____, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the a_____ publication costs and certifies that the same have been duly paid.
EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By _____

PROOF OF PUB SPEC 2011

KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA  19106

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
January 20, 2021



*1263750*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 2 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | 581851 | 2358550085 | UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED<br>125 Fenster Lane<br>Prospect, PA  16052 | $2.200 | $1.50 |
| 2 | 581849 | 2358550086 | MARTZ, TERI aka TERI GRONGO<br>125 Fenster Lane<br>Prospect, PA  16052 | $2.200 | $1.50 |
| | | | Totals | | |



SAN DIEGO CA 92199
JAN 20 2021
USPS BACK DOCK



Page 1 of 1
305



# Invoice

**PLEASE REMIT TO:**
Walz Group, LLC
27398 Via Industria
Temecula, CA 92590-3699

**SOLD TO:**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

| | | Invoice Number: | T032780-18 |
|---|---|---|---|
| | | Invoice Date: | 1/20/2021 |
| | | Customer Number: | 01-0305305 |
| | | Reference Number: | 581852 |
| | | Terms: | Due Upon Receipt |

| Mail Date | Service Type | Description | Article | Mailing Address | Postage Price |
|---|---|---|---|---|---|
| 1/20/2021 | Certified | CMRRE-Simp_FLAT | 9314810011701053861665 | UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED<br>125 Fenster Lane<br>Prospect, PA  16052 | 7.450 |

|  |  |
|---|---|
| **Total Postage:** | $7.45 |

KML Law Group, PC
PO Box 9056
Temecula, CA 92589-9056

Send Correspondence to:
KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA 19106

**RETURN RECEIPT (ELECTRONIC)**

9314 8100 1170 1053 8616 65

20210120-305

UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED
125 Fenster Lane
Prospect, PA 16052

CMRRE-Simp_FLAT



# Invoice

**PLEASE REMIT TO:**
Walz Group, LLC
27398 Via Industria
Temecula, CA 92590-3699

**SOLD TO:**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

| | |
|---:|---:|
| **Invoice Number:** | T032780-16 |
| **Invoice Date:** | 1/20/2021 |
| **Customer Number:** | 01-0305305 |
| **Reference Number:** | 581850 |
| **Terms:** | Due Upon Receipt |

| Mail Date | Service Type | Description | Article | Mailing Address | Postage Price |
|---|---|---|---|---|---|
| 1/20/2021 | Certified | CMRRE-Simp_FLAT | 9314810011701053861672 | MARTZ, TERI aka TERI GRONGO<br>125 Fenster Lane<br>Prospect, PA  16052 | 7.450 |

|  |  |
|---:|---:|
| **Total Postage:** | $7.45 |

KML Law Group, PC
PO Box 9056
Temecula, CA 92589-9056

Send Correspondence to:
KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA 19106

**RETURN RECEIPT (ELECTRONIC)**

9314 8100 1170 1053 8616 72

20210120-305

MARTZ, TERI aka TERI GRONGO
125 Fenster Lane
Prospect, PA 16052

CMRRE-Simp_FLAT

Affiant further deposes that the Ad-Taker is duly authorized by the publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

Rebecca L. Yount
Butler Eagle

Sworn to and subscribed before me this ___24th___

Day of _____January_____ 2021

Carolyn E. Ortiz
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
CAROLYN E ORTIZ - Notary Public
Butler County
My Commission Expires Mar 25, 2023
Commission Number 1348650

**Statement of Advertising Costs**

KML Law Group, P.C.

Suite 5000, BNY Independence Center

701 Market Street

Philadelphia, PA 19106

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates _____ $ 328.00

Probating same _____ $ 3.00

Total _____ $ 331.00

**Copy of Notice or Publication**

LEGAL NOTICE
UNITED STATES
DISTRICT COURT
FOR THE WESTERN
DISTRICT OF
PENNSYLVANIA
CIVIL ACTION - LAW
ACTION OF
MORTGAGE
FORECLOSURE
Term No. 2:20-cv-00933-MRH
NOTICE OF ACTION
IN MORTGAGE
FORECLOSURE
The United States
of America
*Plaintiff*
vs.
JENNIFER MARTZ Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TERI MARTZ a/k/a TERI GRONGO Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TRACY MARTZ a/k/a TRACY KARNS Solely in Her Capacity as Heir of Larry E. Martz, Deceased & UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED
*Defendant*
TO JENNIFER MARTZ Solely in Her Capacity as Heir of Larry E. Martz, Deceased, TERI MARTZ a/k/a TERI GRONGO Solely in Her Capacity as Heir of Larry E. Martz, Deceased and UNKNOWN HEIRS OF LARRY E. MARTZ, DECEASED, MORTAGOR AND REAL OWNER, DEFENDANT whose last known address is 125 Fenster Lane, Prospect, PA 16052.
THIS FIRM IS A DEBT COLLECTOR AND WE ARE ATTEMPTING TO COLLECT A DEBT OWED TO OUR CLIENT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.
You are hereby notified that Plaintiff The United States of America, has filed a Mortgage Foreclosure Complaint endorsed with a notice to defend against you in the United States District Court for the Middle District of Pennsylvania, docketed to No. 2:20-cv-00933-MRH wherein Plaintiff seeks to foreclose on the mortgage secured on your property

**Publisher's Receipt for Advertising Costs**

The EAGLE PR_____, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the a_____ publication costs and certifies that the same have been duly paid.
EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By_____

PROOF OF PUB SPEC 2011